IN RE WILL OF LOFTIN

No. 19 PC.

Case below: 24 N.C. App. 435.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975.

JOLLIFF v. WINSLOW

No. 66.

Case below: 24 N.C. App. 107.

Appeal dismissed for lack of substantial constitutional question 11 March 1975.

McCARLEY v. McCARLEY

No. 16 PC.

Case below: 24 N.C. App. 373.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 March 1975.

McGRADY v. QUALITY MOTORS

Nos. 118 PC and 63.

Case below: 23 N.C. App. 256.

Petition for writ of certiorari to North Carolina Court of Appeals improvidently granted 30 December 1974 (reported 286 N.C. 336) is denied 11 March 1975.

STATE v. BYRD

No. 55.

Case below: 23 N.C. App. 718.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 March 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1975.